IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

**PHILLIP E. BARNETT**                                                                        **PLAINTIFF**

**VERSUS**                                         **CIVIL ACTION NO.  2:06cv155KS-MTP**

**BILLY MCGEE, FORREST COUNTY JAIL,**
**AND MEDICAL STAFF**                                                                       **DEFENDANT**

ORDER

The plaintiff, an inmate currently incarcerated in the Forrest County Regional Jail, Hattiesburg, Mississippi, filed this complaint pursuant to 42 U.S.C. § 1983.  The named defendants are:  Billy McGee, Sheriff of Forrest County;  the Forrest County Jail;  and the medical staff at the Forrest County Jail.  The plaintiff is advised that the Forrest County Jail is not a separate legal entity that may be named as a party in a lawsuit.  Plaintiff will be provided the opportunity to amend his complaint to add any other defendants in this cause and to specifically state how each named defendant is involved in the alleged violation of his constitutional rights.  Accordingly, it is hereby,

ORDERED:

1. That within twenty (20) days of this date plaintiff shall file an amended complaint to

(a)  specifically state if the plaintiff is naming Forrest County as a defendant and/or any other defendants in this action;

(b)  specifically state the full name and complete mailing address for each named defendant, including the individual names of the defendants comprising the medical staff at Forrest County Jail;  and

(c)  specifically state how each named defendant violated his constitutional rights.

2. That plaintiff's motion [doc.5] for free copies is granted to the extent that the plaintiff will be provided one additional copy of the filed complaint [doc.1] in this cause without prepayment of fees.  The motion is denied in all other respects.

3. That plaintiff's motion [doc.6] requesting a court order transferring him from the Forrest County Jail to the Lamar County Jail is denied.

4. **That failure to advise this Court of a change of address or failure to timely comply with any Order of this Court will be deemed as a purposeful delay and contumacious act by the plaintiff and will result in this cause being dismissed without prejudice and without further notice to the plaintiff.**

5. That the Clerk of Court is directed to mail a copy of this order along with one copy of the plaintiff's filed complaint [doc. 1] to the plaintiff at his last known address.

THIS, the 28th day of July, 2006.

s/Michael T. Parker
UNITED STATES MAGISTRATE JUDGE

2:06cv155KS-MTP            2